UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEAL ANTHONY RIOS,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 1:24-cv-00424-EPG<br><br>STIPULATION FOR REMAND ORDER |

  IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

  On remand, the Commissioner will take further action to develop the administrative record, as necessary, and issue a new decision.

///
///
///
///
///
///
///
///

1

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: September 16, 2024       NEWEL LAW

By: */s/ Melissa Newel\**
MELISSA NEWEL
Attorneys for Plaintiff
[*As authorized by e-mail on Sept. 16, 2024]

Dated: September 19, 2024       PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By:   */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation (ECF No. 16), IT IS ORDERED that this case is REMANDED for further administrative proceedings. The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff against Defendant. Further, the Clerk of Court is directed to terminate Plaintiff's motion for summary judgment as no longer pending. (ECF No. 12).

IT IS SO ORDERED.

Dated:   **September 19, 2024**                        /s/ Erica P. Grosjean
                                                                                  UNITED STATES MAGISTRATE JUDGE